

# THE THIRTEENTH COURT OF APPEALS

13-23-00206-CV

Wyatt Ranches of Texas, LLC
v.
William Robert Anderson III and Anderson, Lehrman, Barre & Maraist, LLP

On Appeal from the
79th District Court of Jim Wells County, Texas
Trial Court Cause No. 18-10-58895-CV

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

May 30, 2024